HENRY F. BISSELL, Respondent, *v.* DORR RUSSELL, Appellant.

(Argued October 5, 1883; decided November 20, 1883 )

*Robert Sewell* for appellant.

*R. A. Stanton* for respondent.

Agreed to affirm.   No opinion.
All concur.
Judgment affirmed.